■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DeWITT SLOAN, Appellant.—Judgment, Supreme Court, New York County (Frank Blangiardo, J., at hearing, jury trial and

sentence), rendered July 2, 1987, convicting defendant of grand larceny in the fourth degree and possession of burglar's tools and sentencing him, as a predicate felon, to concurrent terms of 2 to 4 years and six months, respectively, unanimously affirmed.

Two police officers observed the defendant and another male break into the trunk of the complainant's automobile with a screwdriver. We find that the officers had probable cause to arrest the defendant and accordingly affirm the hearing court's determination to deny defendant's motion to suppress the physical evidence seized *(People v Denti,* 44 AD2d 44, 47). The complainant testified that the clothing and other items stolen from the car were purchased for approximately $1,500. It was further established that the clothing was in "like-new" condition, having been recently purchased, and only used once or twice. The evidence was sufficient to support the jury's finding that the value of the property stolen exceeded the $1,000 threshold of Penal Law § 155.30 (1). Under the circumstances presented, the market value of the stolen goods was substantially identical to their replacement value as defined in Penal Law § 155.20 (1). Accordingly, the judgment convicting the defendant of grand larceny in the fourth degree is affirmed. Concur—Murphy, P. J., Kupferman, Ross, Asch and Rubin, JJ.